IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DERICK J. HENDERSON, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>)<br>KIMBER MFG, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:23cv476-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint notice of settlement (Doc. 15) and of plaintiff's stipulation of dismissal with prejudice (Doc. 16)*, which is construed as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with each party to bear its own costs and fees.

---

   * The stipulation of dismissal does not comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as it is not signed by all parties that have appeared in the case.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 17th day of December, 2024.**

                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**